UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Jacksonville Division*

IN RE:                                          Chapter 11

DURGAMA, INC.,
dba Holiday Inn - Baymeadows,                   Case No.: 3:11-bk-02409-PMG

     Debtor.
_____/

ORDER GRANTING MOTION TO CONTINUE FINAL
EVIDENTIARY HEARING AND REQUEST FOR AN EMERGENCY HEARING

THIS CAUSE came on for consideration upon the Debtor's Motion to Continue Final

Evidentiary Hearing and Request for an Emergency Hearing (**Docket #199**) regarding the following:

- *Affidavit of Default re: Interim Order Granting Debtor's Motion to Use Cash Collateral* (**Docket #70**) and the Response thereto (**Docket #74**);

- *Affidavit of Default re: Interim Order Granting Debtor's Motion to Use Cash Collateral* (**Docket #79**) and the Response thereto (**Docket #88**);

- *Motion for Entry of an Order Determining That Debtor is subject to "Single Asset Real Estate" provisions* (**Docket #42**);

- *Motion for Order to Appoint an Examiner, or in the Alternative to appoint a Chapter 11 Trustee* (**Docket #44**), and the Response thereto (**Docket #57**):

- *Motion for Relief from Stay* (**Docket #76**);

- Motion for Leave to Pursue Claims on Behalf of the Bankruptcy Estate (**Docket #142**); and

- Application to Approve and Employ National Hospitality Consulting Group (**Docket #83**), [the "Motion"].

The Court having considered the Motion, together with the record, and being further advised that the

counsel for the Movant requested a continuance of the hearing, finds it appropriate to continue the

hearing.  Accordingly, it is

**ORDERED** that:

1.  The Debtor's Motion to Continue Final Evidentiary Hearing and Request for an Emergency Hearing, be and the same is hereby, Granted.

2.  The hearing(s) scheduled for December 20, 2011 to consider the following:

    - *Affidavit of Default re: Interim Order Granting Debtor's Motion to Use Cash Collateral* **(Docket #70)** and the Response thereto **(Docket #74)**;

    - *Affidavit of Default re: Interim Order Granting Debtor's Motion to Use Cash Collateral* **(Docket #79)** and the Response thereto **(Docket #88)**;

    - *Motion for Entry of an Order Determining That Debtor is subject to "Single Asset Real Estate" provisions* **(Docket #42)**;

    - *Motion for Order to Appoint an Examiner, or in the Alternative to appoint a Chapter 11 Trustee* **(Docket #44)**, and the Response thereto **(Docket #57)**;

    - *Motion for Relief from Stay* **(Docket #76)**;

    - Motion for Leave to Pursue Claims on Behalf of the Bankruptcy Estate **(Docket #142)**; and

    - Application to Approve and Employ National Hospitality Consulting Group **(Docket #83)**,

    be and the same are hereby continued to *February* 3, 2012, at 9:00 a.m., before the Honorable **Paul M. Glenn**, United States Bankruptcy Judge, 300 North Hogan St. Courtroom 4A, Jacksonville, FL 32202.

**DONE and ORDERED** at Jacksonville, Florida on *December 2, 2011*.

_____

**Paul M. Glenn**
United States Bankruptcy Judge

Copies furnished to:

Kim C Booker, *Attorney for Pinnacle Bank*, kbooker@cfl.rr.com

Elena L Escamilla, *Attorney for the Office of the United States Trustee - JAX,*
elena.l.escamilla@usdoj.gov

Buddy D. Ford, *Attorney for Debtor*, Buddy@tampaesq.com, All@tampaesq.com;

Leib M. Lerner, *Attorney for Holiday Hospitality Franchising, Inc,*
leib.lerner@alston.com

John T Rogerson, *Attorney for Holiday Hospitality Franchising, Inc,*
jrogerson@vbwr.com, rboudrow@vbwr.com

Steven E Rohan, *Attorney for Duval County Tax Collector Mike Hogan,*
srohan@coj.net, SharonC@coj.net

J. Ellsworth Summers, *Attorney for First Southern Bank*, jes@rtlaw.com, sgs@rtlaw.com

United States Trustee - JAX 11    USTP.Region21.OR.ECF@usdoj.gov

Gilbert Barnett Weisman, *Attorney for American Express Bank FSB*,
notices@becket-lee.com

Durgama, Inc., Attn: Jyotsna Patel, 1300 N. Ponce De Leon Blvd., Saint Augustine,
FL 32084;